CARLEY, by Guardian *ad litem,* and another, Appellants, vs. JEWETT, Respondent.

*October 12—November 16, 1948.*

For the appellants there was a brief by *Brindley & Brewer,* attorneys, and *James G. Robb* of counsel, all of Richland Center, and oral argument by *Mr. Robb.*

*Vernon W. Thomson* of Richland Center, for the respondent.

ROSENBERRY, C. J. In this case the court is equally divided. Mr. Chief Justice ROSENBERRY, Mr. Justice FAIRCHILD, and Mr. Justice MARTIN are of the view that the judgment should be affirmed. Mr. Justice FRITZ, Mr. Justice WICKHEM, and Mr. Justice HUGHES are of the view that the judgment should be reversed. This results in affirmance of the judgment by a divided court.

*By the Court.*—Judgment affirmed.

BROADFOOT, J., took no part.